UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>        Defendants. | CASE NO.: 11-CV-04003-LHK-HRL<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, it is hereby ORDERED:

1. Defendants need not respond to the complaint filed on August 15, 2011;

2. After the Court has ruled on any forthcoming motions to appoint lead plaintiff(s), the parties to this action shall forthwith stipulate to and present to the Court for its approval a schedule by which Defendants shall respond to the Complaint or any amended complaint superseding the Complaint, as applicable;

3. The case management conference currently scheduled for Tuesday, November 22, 2011, at 2:00 p.m. shall be continued to January 4, 2012, at 2:00 pm. If a hearing is scheduled on any forthcoming motions to appoint lead plaintiff(s) or motion to dismiss, the case management conference may be continued to the date of that hearing.

IT IS SO ORDERED.

Dated: October 6, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge