1

2

3

4

5

6

7

8

9

10

11

12

13        UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA

15        SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM and SCOTT G. KRIENS,<br><br>Defendants. | CASE NO:  11-CV-4003-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |
| OLGA RATINOVA, derivatively on behalf of JUNIPER NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>*(caption continued...)* | CASE NO: 11-CV-4792-HRL |

1  KEVIN JOHNSON, SCOTT KRIENS,      )
   PRADEEP SINDHU, ROBERT M.         )
2  CALDERONI, MARY B. CRANSTON, JOHN )
   MICHAEL LAWRIE, STRATTON SCLAVOS, )
3  WILLIAM R. STENSRUD, WILLIAM      )
   MEEHAN, DAVID SCHLOTTERBECK,      )
4  MERCEDES JOHNSON,                 )
                                     )
5          Defendants,               )
                                     )
6          and                       )
                                     )
7  JUNIPER NETWORKS, INC.,           )
                                     )
8          Nominal Defendant.        )

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO RELATE CASES
CASES NOS.: 11-CV-4003-LHK, 11-CV-
4792-HRL

1    Having considered the Administrative Motion to Consider Whether Cases Should be

2    Related Pursuant to Civil Local Rule 3-12 filed by defendants Kevin Johnson, Scott Kriens,

3    Pradeep Sindhu, Robert M. Calderoni, Mary B. Cranston, John Michael Lawrie, Stratton

4    Sclavos, William R. Stensrud, William Meehan, David Schlotterbeck, Mercedes Johnson, and

5    nominal defendant Juniper Networks, Inc. in the above-captioned action, and for good cause

6    showing, IT IS HEREBY ORDERED AS FOLLOWS:

7        1.    *Ratinova v. Johnson, et al.*, Case No. 11-CV-4792-HRL, is related to *City of*

8    *Royal Oak Retirement System v. Juniper Networks, Inc., et al.*, Case No. 11-CV-4003-LHK.

9        2.    *Ratinova v. Johnson, et al.*, Case No. 11-CV-4792-HRL shall be reassigned to this

10   Court.

11   Dated: October 18, 2011

12                                                 _Lucy H. Koh_
                                                   _____
13                                                 Hon. Lucy H. Koh

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28