1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLGA RATINOVA, derivatively on behalf of JUNIPER NETWORKS, INC.<br><br>            Plaintiff,<br>     v.<br><br>KEVIN JOHNSON et al.,<br><br>            Defendants. | Case No.: 11-cv-04792-LHK<br>Related Case No.: 11-cv-04003-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>(re: dkt # 18) |
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>     v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>            Defendants. | |

   On November 7, 2011, the parties filed a Stipulation Regarding Defendants' Anticipated

Forum Motion, Response(s) to the Complaint, and CMC, informing the Court that Defendants

intend to file a motion in both this action and in a similar shareholder derivative lawsuit currently

1

pending in Santa Clara Superior Court requesting that all shareholder derivative lawsuits against them proceed in a single forum. *See* ECF No. 18. The parties ask the Court to continue the case management conference previously scheduled for November 15, 2011[1], until sometime after Defendants' anticipated forum motion has been decided.

The case management conference in this case is continued to January 12, 2012, at 1:30 p.m., which is also the date and time of the case management conference in the related case, *City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.*, Case No. 11-cv-04003-LHK. By January 5, 2012, the parties shall file a joint case management statement in which Defendants state when they anticipate filing their forum motions and explain how any such motion may or may not affect proceedings in the related matter, Case No. 11-cv-04003-LHK. In the absence of a specific date by which Defendants will file their anticipated forum motion, the Court will not grant the parties' request to stay litigation of this matter indefinitely.

**IT IS SO ORDERED.**

Dated: November 23, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] The November 15, 2011 Case Management Conference was set before Magistrate Judge Howard R. Lloyd and was thus terminated upon reassignment of this case to the undersigned.

2
Case No.: 11-cv-04792-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE