NINA F. LOCKER, State Bar No. 123838
nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
jostler@wsgr.com
JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Kevin Johnson,
Scott Kriens, Pradeep Sindhu, Robert M. Calderoni,
Mary B. Cranston, John Michael Lawrie,
Stratton Sclavos, William R. Stensrud,
William Meehan, David Schlotterbeck,
Mercedes Johnson, Robyn M. Denholm, and Nominal
Defendant Juniper Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.  11-CV-4792-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY STAYING ACTION** |

Having conferred pursuant to the Court's Order Proposing a Stay of Proceedings in Consolidated Derivative Actions dated January 30, 2012, the parties hereby stipulate and agree, and request that the Court order, as follows:

1. In the interests of efficiency, the above-captioned consolidated shareholder derivative action should be and is hereby stayed until such time as an order is entered denying a motion to dismiss in the related class action *City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.,* Case No. 11-CV-04003-LHK (the "Class Action");

2. The Defendants hereby withdraw their Motion to Proceed in One Forum without prejudice to Defendants' rights to renew that motion or to seek a further stay in the event that an order is entered denying a motion to dismiss in the Class Action and the plaintiffs in the currently pending state derivative action captioned *In re Juniper Networks, Inc. Shareholder Derivative Litigation*, Lead Case No. 111CV-207701, are prosecuting or seek to prosecute that action;

3. Any party may, for good cause shown, move the Court to lift the stay at any time;

4. The current deadline to amend the complaint and the motion to dismiss briefing schedule are vacated, and the Case Management Conference scheduled for March 22, 2012 is hereby adjourned;

5. In the event that an order is entered denying a motion to dismiss in the Class Action, the following schedule shall apply:

   (a) Plaintiffs shall file their amended complaint within thirty days of the date the Court issues an order denying in whole or in part a motion to dismiss the Class Action;

   (b) Defendants shall file their motion(s) to dismiss the amended complaint within thirty days thereafter;

   (c) Plaintiffs shall file their opposition(s) to Defendants' motion(s) to dismiss thirty days thereafter; and

   (d) Defendants shall file their reply(ies) in support of their motion(s) to dismiss within 21 days thereafter.

STIPULATION AND [PROPOSED] ORDER
MASTER FILE NO.: 11-CV-4792-LHK

1

| | | |
|---|---|---|
| 1 | Dated: February 3, 2012 | LEVI & KORSINKY, LLP |
| 2 | | |
| 3 | | By:  s/ Doug Julie |
| | | Doug Julie |
| 4 | | |
| 5 | | *Attorneys for Plaintiffs Olga Ratinova and Lisa E. Coppola, IRA* |
| 6 | | |
| 7 | Dated: February 3, 2012 | LAW OFFICES OF DAVID A. BAIN, LLC |
| 8 | | By:  s/ David A. Bain |
| | | David A. Bain |
| 9 | | |
| 10 | | *Attorneys for Plaintiff Lisa E. Coppola, IRA* |
| 11 | Dated: February 3, 2012 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER |
| 12 | | |
| 13 | | By:  s/ Alan R. Plutzik |
| | | Alan R. Plutzik |
| 14 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 15 | | E-mail:  aplutzik@bramsonplutzik.com |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs Olga Ratinova and Lisa E. Coppola, IRA* |
| 18 | Dated: February 3, 2012 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 19 | | |
| 20 | | By:  s/ Joni Ostler |
| | | Joni Ostler |
| 21 | | |
| 22 | | *Attorneys for Nominal Defendant Juniper Networks, Inc. and Defendants Kevin Johnson, Scott Kriens, Pradeep Sindhu, Robert M. Calderoni, Mary B. Cranston, John Michael Lawrie, Stratton Sclavos, William R. Stensrud, William Meehan, David Schlotterbeck, Mercedes Johnson and Robyn M. Denholm* |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
MASTER FILE NO.: 11-CV-4792-LHK

2

**ORDER**

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.   The Clerk shall administratively close the file.

DATED: February 6, 2012

_____
THE HONORABLE LUCY H. KOH
United States District Judge