IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., et al.,<br><br>Defendant. | CASE NO. 5:11-CV-04003-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Deborah Clark-Weintraub, whose business address and telephone number is

Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, New York  10110
Telephone: 212-223-6444

and who is an active member in good standing of the bar of Southern District of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2012

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge