United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>        Defendants. | CASE NO.: 5:11-CV-04003-LHK<br><br>ORDER EXTENDING PAGE LIMITS FOR MOTION TO DISMISS AMENDED COMPLAINT AND OPPOSITION THERETO<br><br>(re: dkt. #51) |

Pursuant to the parties' stipulation, filed March 7, 2012, to extend page limits for Defendants' motion to dismiss Plaintiffs' Amended Complaint and for Plaintiffs' opposition thereto, the Court hereby grants each side five (5) additional pages.  The motion to dismiss shall not exceed thirty (30) pages total, and the opposition shall not exceed thirty (30) pages total. **IT IS SO ORDERED.**

Dated: March 12, 2012

_____
LUCY H. KOH
United States District Judge