UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>Defendants. | CASE NO.: 5:11-CV-04003-LHK<br><br>ORDER VACATING HEARING ON MOTIONS TO DISMISS AND MOTIONS TO STRIKE; AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>(re: dkt # 53, 54, 71, 75) |

A hearing on Defendants' two motions to dismiss and the parties' related motions to strike is scheduled for July 19, 2012. *See* ECF Nos. 53, 54, 71, 75. Pursuant to Civil Local Rule 7-1(b), the Court finds these matters appropriate for determination without oral argument and accordingly VACATES the July 19, 2012 hearing. The Court will issue an order on the motions shortly. The case management conference set for July 19, 2012 is continued to October 10, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 18, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-04003-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE