1  SCOTT+SCOTT LLP
   MARY K. BLASY (211262)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: 619/233-4565
4  Fax: 619/233-0508
   mblasy@scott-scott.com
5
   *Counsel for Lead Plaintiffs*
6  *City of Omaha Police and Fire Retirement*
7  *System and City of Bristol Pension Fund*

8  [Additional Counsel on Signature Page.]

9
               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION
11

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM and CITY OF BRISTOL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>JUNIPER NETWORKS, INC., SCOTT G. KRIENS, KEVIN R. JOHNSON and ROBYN M. DENHOLM,<br><br>                Defendants. | No. 5:11-cv-04003-LHK<br><br>Hon. Lucy H. Koh<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S) |

1    This Stipulation is entered into by and among Lead Plaintiffs the City of Omaha Police and Fire Retirement System and City of Bristol Pension Fund ("Plaintiffs"), and defendants Juniper Networks, Inc. ("Juniper"), Scott G. Kriens, Kevin R. Johnson, and Robyn M. Denholm (the "Defendants"), by and through their respective attorneys of record.

WHEREAS, on July 23, 2012, the Court entered an order dismissing Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws without prejudice, providing that any Second Amended Complaint must be filed and served by Monday, August 13, 2012 (*see* ECF No. 84);

WHEREAS, counsel for Plaintiffs have been diligently working on the Second Amended Complaint to address the Court's concerns, but require one additional week due to a family medical emergency that the primary partner responsible for the action has been attending to;

WHEREAS, Plaintiffs requested, and Defendants agreed, to allow Plaintiffs one additional week to file their Second Amended Complaint in light of this personal family medical emergency; and

WHEREAS, the parties agreed to allow Defendants to file their responsive pleading(s) on Monday, September 17, 2012, Plaintiffs until October 15, 2012 to file any opposition and Defendants until November 1, 2012 to file any reply in support of those responsive pleading(s);

NOW, THEREFORE, the parties hereby stipulate and request the Court to order that:

1.    Plaintiffs' deadline to file their Second Amended Complaint is extended through and including Monday, August 20, 2012;

2.    Defendants' deadline to file their responsive pleading(s) is Monday, September 17, 2012;

3.    Plaintiffs' deadline to file their opposition to any responsive pleading(s) is Monday, October 15, 2012; and

4.    Defendants' deadline to file their responsive pleading(s) is Thursday, November 1, 2012.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S)   1
5:11-cv-04003-LHK

1 | IT IS SO STIPULATED.

2 | DATED: August 9, 2012

Respectfully submitted,
SCOTT+SCOTT LLP

 /s/ Mary K. Blasy
MARY K. BLASY (211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/233-4565
Fax: 619/233-0508
mblasy@scott-scott.com
– and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860/537-3818
Facsimile: 860/537-4432
drscott@scott-scott.com
– and –
DEBORAH CLARK-WEINTRAUB
THOMAS LAUGHLIN
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: 212/223-6444
Facsimile: 212/223-6334
dweintraub@scott-scott.com
tlaughlin@scott-scott.com

*Counsel for Lead Plaintiffs City of Omaha Police and Fire Retirement System and City of Bristol Pension Fund*

DATED: August 9, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

 /s/ Steven Guggenheim
NINA F. LOCKER (123838)
STEVEN GUGGENHEIM (201386)
JONI OSTLER (230009)
JESSICA L. SNORGRASS (259962)

| | |
|---|---|
| 1 | 650 Page Mill Road |
| 2 | Palo Alto, CA 94304-1050 |
| | Telephone: 650/493-9300 |
| | Facsimile: 650/565-5100 |
| 3 | nlocker@wsgr.com |
| | sguggenheim@wsgr.com |
| 4 | jostler@wsgr.com |
| | jsnorgrass@wsgr.com |

*Attorneys for Defendants Juniper Networks, Inc., Kevin R. Johnson, Robyn M. Denholm, and Scott G. Kriens*

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause appearing, it is hereby ORDERED that Plaintiffs' deadline to file their Second Amended Complaint is hereby extended through and including Monday, August 20, 2012, and Defendants' deadline to file their responsive pleading(s) is Monday, September 17, 2012.

Dated: August 10, 2012

_____
Hon. Lucy H. Koh

**ECF CERTIFICATION**

I, Mary K. Blasy, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Deadline to File Amended Complaint and Responsive Pleading(s). I hereby attest that Steven Guggenheim has concurred in this filing.

Dated: August 9, 2012               /s/ Mary K. Blasy
                                    MARY K. BLASY
                                    SCOTT+SCOTT LLP
                                    707 Broadway, Suite 1000
                                    San Diego, CA 92101
                                    Telephone:  619/233-4565
                                    mblasy@scott-scott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    /s/ Mary K. Blasy
MARY K. BLASY
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/233-4565
mblasy@scott-scott.com