SCOTT+SCOTT LLP
MARY K. BLASY (211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/233-4565
Fax: 619/233-0508
mblasy@scott-scott.com

*Counsel for Lead Plaintiffs*
*City of Omaha Police and Fire Retirement*
*System and City of Bristol Pension Fund*

[Additional Counsel on Signature Page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM and CITY OF BRISTOL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNIPER NETWORKS, INC., SCOTT G. KRIENS, KEVIN R. JOHNSON and ROBYN M. DENHOLM,<br><br>Defendants. | No. 5:11-cv-04003-LHK<br><br>Hon. Lucy H. Koh<br><br>NOTICE OF LODGING OF [~~PROPOSED~~] **CORRECTED** ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S) |

Lead Plaintiffs, the City of Omaha Police and Fire Retirement System and City of Bristol Pension Fund ("Plaintiffs"), hereby submit the attached [Proposed] Corrected Order Extending Deadline to File Amended Complaint and Responsive Pleadings to correct a typographical error in the Order entered by the Court on August 10, 2012 (ECF No. 86), pursuant to the parties' Stipulation and [Proposed] Order Extending Deadline to File Amended Complaint and Responsive Pleadings filed herein on August 9, 2012 (ECF No. 85).

Specifically, due to inadvertence of counsel for Plaintiffs, whereas the text of the parties' August 9, 2012 Stipulation recited that Plaintiffs' Second Amended Complaint was extended to Monday, August 20, 2012, and that: "the parties agreed to allow Defendants to file their responsive pleading(s) on Monday, September 17, 2012, ***Plaintiffs until October 15, 2012 to file any opposition and Defendants until November 1, 2012 to file any reply in support of those responsive pleading(s)***," the Proposed Order provided to the Court with the stipulation incorrectly included only the deadlines for the filing of the Second Amended Complaint and for the filing of Defendants' response(s) to the Second Amended Complaint, without providing for the filing of Plaintiffs' opposition(s) or Defendants' replies in support of those responses.

The revised Proposed Order submitted herewith corrects that error and Plaintiffs respectfully request that the Proposed Order be entered as the Court's Corrected Order.

DATED: August 23, 2012

Respectfully submitted,
SCOTT+SCOTT LLP

 /s/ Mary K. Blasy
MARY K. BLASY (211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619/233-4565
Fax:  619/233-0508
mblasy@scott-scott.com
– and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860/537-3818
Facsimile:  860/537-4432
drscott@scott-scott.com
– and –

NOTICE OF LODGING OF [P̶R̶O̶P̶O̶S̶E̶D̶] **CORRECTED** ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S)

1

5:11-cv-04003-LHK

| | |
|---|---|
| 1 | |
| 2 | DEBORAH CLARK-WEINTRAUB |
| | THOMAS LAUGHLIN |
| 3 | 500 Fifth Avenue, 40th Floor |
| | New York, NY 10110 |
| 4 | Telephone: 212/223-6444 |
| | Facsimile: 212/223-6334 |
| 5 | dweintraub@scott-scott.com |
| | tlaughlin@scott-scott.com |

*Counsel for Lead Plaintiffs City of Omaha Police and Fire Retirement System and City of Bristol Pension Fund*

NOTICE OF LODGING OF [P̶R̶O̶P̶O̶S̶E̶D̶] **CORRECTED** ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S)

2

5:11-cv-04003-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

 /s/ Mary K. Blasy
MARY K. BLASY
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619/233-4565
mblasy@scott-scott.com

SCOTT+SCOTT LLP
MARY K. BLASY (211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/233-4565
Fax: 619/233-0508
mblasy@scott-scott.com

*Counsel for Lead Plaintiffs*
*City of Omaha Police and Fire Retirement*
*System and City of Bristol Pension Fund*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM and CITY OF BRISTOL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNIPER NETWORKS, INC., SCOTT G. KRIENS, KEVIN R. JOHNSON and ROBYN M. DENHOLM,<br><br>Defendants. | No.  5:11-cv-04003-LHK<br><br>Hon. Lucy H. Koh<br><br>[PROPOSED] CORRECTED ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING[S] |

[PROPOSED] CORRECTED ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S)
5:11-cv-04003-LHK

1    Pursuant to stipulation and good cause appearing, it is hereby ORDERED that Plaintiffs'
2 deadline to file their Second Amended Complaint is hereby extended through and including
3 Monday, August 20, 2012; Defendants' deadline to file their responsive pleading(s) is Monday,
4 September 17, 2012; Plaintiffs' deadline to file their opposition to any responsive pleading(s) is
5 Monday, October 15, 2012; and Defendants' deadline to file their responsive pleading(s) is
6 Thursday, November 1, 2012.

8  Dated:  August 24, 2012

   Hon. Lucy H. Koh

13 Respectfully submitted,
   SCOTT+SCOTT LLP
14
15  /s/ Mary K. Blasy
   MARY K. BLASY (211262)
16 707 Broadway, Suite 1000
   San Diego, CA 92101
17 Telephone:  619/233-4565
   Fax:  619/233-0508
18 mblasy@scott-scott.com

[P̶r̶o̶p̶o̶s̶e̶d̶] **CORRECTED** ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING(S)

1

5:11-cv-04003-LHK