1

2

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

4

5

6

7

CITY OF OMAHA POLICE AND FIRE
RETIREMENT SYSTEM and CITY OF
BRISTOL PENSION FUND, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

8

9

10

vs.

JUNIPER NETWORKS, INC., SCOTT G.
KRIENS, KEVIN R. JOHNSON and ROBYN
M. DENHOLM,

11

Defendants.

No.:  5:11-cv-04003-LHK

Before: Hon. Lucy H. Koh

12

**STIPULATION AND [Proposed] ORDER**

13

14

15

Pursuant to Local Rule 6-2, the parties to the above-captioned action hereby stipulate to

extend the briefing schedule for Defendants' motion to dismiss by one week.  The current

briefing schedule is as follows:

16

17

18

Plaintiffs' Brief in Opposition:  **October 15, 2012**

Defendants' Replies:  **November 1, 2012**

19

The parties respectfully propose the following briefing schedule:

20

Plaintiffs' Brief in Opposition:  **October 22, 2012**

21

Defendants' Replies:  **November 8, 2012**

22

23

24

25

26

27

28

SO STIPULATED

/s/ Thomas L. Laughlin IV

Thomas L. Laughlin IV
SCOTT+SCOTT LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Telephone:  212-223-6444
Facsimile:  212-223-6334
Email:  tlaughlin@scott-scott.com

*Attorney for Plaintiffs*

/s/ Joni Ostler
Joni Ostler, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650-493-9300
Facsimile:  650-565-5100
Email: jostler@wsgr.com

*Attorney for Defendants*

Pursuant to Local Rule 6-2, this stipulation is supported by the following Declaration of Thomas Laughlin.

### DECLARATION OF THOMAS LAUGHLIN

I, Thomas Laughlin, declare:

1.      I am an attorney at Scott+Scott LLP, counsel for Plaintiffs in this action.  I have the principal responsibility for preparing Plaintiffs' brief in opposition to Defendants' motion to dismiss.  I make this declaration in support of the parties' stipulation to extend the briefing schedule for Defendants' motion to dismiss by one week.

2.      This is the first request for an extension of time of the briefing schedule for Defendants' motion to dismiss.

3.      The parties have stipulated to this extension at my request.  Although I have acted with due diligence, several other matters have required my immediate attention in recent weeks, including ongoing discovery in a case in the Eastern District of Michigan, ongoing discovery in a case in the District of Maine and an unexpected motion in a case pending in the Southern District of New York.

4.      The hearing on Defendants' motion to dismiss is scheduled for January 31, 2013.  Therefore, it does not appear that the requested extension will impact the schedule in this case.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on October

2  11, 2012 at New York, New York.

3

4                                                    /s/ Thomas L. Laughlin IV
                                                     Thomas L. Laughlin IV
5

6

7  SO ORDERED:

8  DATE:   October 12, 2012

9                                                    Hon. Lucy H. Koh
                                                     United States District Judge
10

11

12                              **CERTIFICATE OF SERVICE**

13         I, Thomas Laughlin, am the ECF user whose identification and password are being used

14  to file the foregoing Stipulation and [Proposed] Order.  In compliance with General Order

15  45.X.B, I hereby attest that Joni Ostler has concurred in this filing.

16

17  Dated: October 11, 2012              /s/ Thomas L. Laughlin IV
                                         Thomas L. Laughlin IV
18                                       SCOTT+SCOTT LLP
                                         The Chrysler Building
19                                       405 Lexington Avenue, 40th Floor
                                         New York, NY  10174
20                                       Telephone:  212-223-6444
                                         Facsimile:  212-223-6334
21                                       Email:  tlaughlin@scott-scott.com

22

23                                       *Attorney for Plaintiffs*

24

25

26

27

28

                                                                        No. 5:11-cv-04003-LHK