| | |
|---|---|
| 1 | NINA F. LOCKER, State Bar No. 123838 |
| | nlocker@wsgr.com |
| 2 | STEVEN GUGGENHEIM, State Bar No. 201386 |
| | sguggenheim@wsgr.com |
| 3 | JONI OSTLER, State Bar No. 230009 |
| | jostler@wsgr.com |
| 4 | JESSICA L. SNORGRASS, State Bar No. 259962 |
| | jsnorgrass@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |

Attorneys for Defendants
Juniper Networks, Inc., Kevin R. Johnson,
Robyn M. Denholm, and Scott G. Kriens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM and CITY OF BRISTOL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUNIPER NETWORKS, INC., SCOTT G. KRIENS, KEVIN R. JOHNSON, and ROBYN M. DENHOLM,<br><br>Defendants. | CASE NO.: 11-cv-4003 LHK<br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Before: Honorable Lucy H. Koh |

STIP. AND [PROPOSED] ORDER CONTINUING
HEARING AND CMC
CASE NO. 11-CV-4003 LHK

1     This Stipulation is entered into by and among defendants Juniper Networks, Inc.
2  ("Juniper"), Scott G. Kriens, Kevin R. Johnson, and Robyn M. Denholm (the "Defendants"), and
3  Lead Plaintiffs the City of Omaha Police and Fire Retirement System and City of Bristol Pension
4  Fund (Plaintiffs"), by and through their respective attorneys of record.
5     WHEREAS, pending before the Court is Defendants' Motion to Dismiss the Second
6  Amended Complaint, and a hearing on that Motion and a Case Management Conference are both
7  scheduled to occur on January 31, 2013 at 1:30 p.m.,
8     WHEREAS, Defendants' counsel learned of an unavoidable scheduling conflict on
9  January 31, 2013, and asked Plaintiffs' counsel to agree to continue the motion hearing and Case
10 Management Conference, and Plaintiffs' counsel agreed;
11    WHEREAS, the parties are available on May 16, 2013 at 1:30 p.m., and the parties are
12 informed that this date is available on the Court's calendar;
13    NOW, THEREFORE, the parties stipulate and request the Court to order that:
14    1.    The hearing on Defendants' Motion to Dismiss the Second Amended Complaint
15          and Case Management Conference are continued from January 31, 2013 at 1:30
16          p.m. to May 16, 2013 at 1:30 p.m.
17    IT IS SO STIPULATED.

DATED: January 3, 2013                  Respectfully submitted,

                                        WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By      /s/ Joni Ostler
                                        NINA F. LOCKER
                                        STEVEN GUGGENHEIM
                                        JONI OSTLER
                                        JESSICA L. SNORGRASS
                                        650 Page Mill Road
                                        Palo Alto, CA 94304-1050
                                        Telephone: (650) 493-9300
                                        Facsimile: (650) 565-5100

                                        *Attorneys for Defendants Juniper Networks, Inc.,
                                        Kevin R. Johnson, Robyn M. Denholm, and Scott G.
                                        Kriens*

STIP. AND [PROPOSED] ORDER CONTINUING
HEARING AND CMC
CASE NO. 11-CV-4003 LHK

| | | |
|---|---|---|
| 1 | DATED: January 3, 2013 | SCOTT+SCOTT LLP |
| 2 | | |
| 3 | | By   /s/ Anne Box |
| 4 | | ANNE BOX |
| 5 | | 707 Broadway, Suite 1000<br>San Diego, CA  92101<br>Telephone:  (619) 233-4565 |
| 6 | | Facsimile:   (619) 233-0508 |
| 7 | | DEBORAH CLARK-WEINTRAUB<br>THOMAS L. LAUGHLIN IV |
| 8 | | The Chrysler Building<br>405 Lexington Avenue, 40th Floor |
| 9 | | New York, NY  101074<br>Telephone: (212) 223-6444 |
| 10 | | Facsimile:  (212) 223-6334 |
| 11 | | *Counsel for Lead Plaintiff City of Omaha Police* |
| 12 | | *and Fire Retirement System and City of Bristol Pension Fund* |
| 13 | | |
| 14 | | |
| 15 | IT IS SO ORDERED. | |
| 16 | Dated:   January 8, 2013 | *[signature: Lucy H. Koh]* |
| 17 | | THE HONORABLE LUCY H. KOH<br>UNITED STATES DISTRICT JUDGE |

STIP. AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING
HEARING AND CMC
CASE NO. 11-CV-4003 LHK

**ECF CERTIFICATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that Anne Box has concurred in this filing.

Dated: January 3, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Joni Ostler
Joni Ostler

STIP. AND [PROPOSED] ORDER CONTINUING
HEARING AND CMC
CASE NO. 11-CV-4003 LHK