**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>Defendants. | CASE NO.: 5:11-CV-04003-LHK<br><br>ORDER VACATING HEARING ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE |

A hearing on Defendants' Motions to Dismiss the Second Amended Complaint is scheduled for May 16, 2013. *See* ECF No. 91. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument and accordingly VACATES the May 16, 2013 hearing. The Court will issue an order on the motion shortly. The case management conference set for May 16, 2013, is CONTINUED to July 17, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 14, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge