IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CITY OF ROYAL OAK RETIREMENT SYSTEM, et al.,

Plaintiffs,

v.

JUNIPER NETWORKS, INC., et al.,

Defendants.

CASE NO. 5:11-CV-04003-LHK

JUDGMENT

Defendants' motion to dismiss having been granted without leave to amend and the action having been dismissed with prejudice,

Judgment is entered for Defendants against Plaintiffs.  The Clerk of the Court shall close the file.

Dated: May 17, 2013

LUCY H. KOH
United States District Judge

CASE NO. 5:11-CV-04003-LHK
JUDGMENT