UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLGA RATINOVA, derivatively on behalf of JUNIPER NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOHNSON et al.,<br><br>Defendants. | Case No.: 11-CV-04792-LHK<br>Related Case No.: 11-CV-04003-LHK<br>Related Case No.: 11-CV-06667-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL OR REQUIRING JOINT STATUS REPORT IN CONSOLIDATED DERIVATIVE ACTIONS |
| LISA E. COPPOLA, IRA, derivatively on behalf of JUNIPER NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOHNSON, et al.,<br><br>Defendants.<br><br>and<br><br>JUNIPER NETWORKS, INC.,<br><br>Nominal Defendant. | |

1

Case No.: 11-CV-04792-LHK
Related Case No.: 11-CV-04003-LHK
Related Case No.: 11-CV-06667-LHK

ORDER SUGGESTING STIPULATION OF DISMISSAL OR REQUIRING JOINT STATUS REPORT IN CONSOLIDATED DERIVATIVE ACTIONS

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, ROBYN M. DENHOLM, and SCOTT G. KRIENS,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On February 6, 2012, the Court granted the parties' stipulation to stay proceedings in this action until an order was entered by the Court denying the motion to dismiss in the related class action, *City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.*, Case No. 11-CV-04003-LHK (the "Class Action"). *See* ECF No. 43. If the motion to dismiss were denied, the parties stipulated that Plaintiffs would have thirty days to file an amended complaint. *Id*.

On July 23, 2012, the Court granted Juniper's Motion to Dismiss without prejudice, and granted Kriens's Motion to Dismiss without prejudice. *See* Class Action, ECF No. 84. On May 17, 2013, the Court granted Defendants' Motion to Dismiss the Second Amended Complaint in the Class Action, though this time with prejudice. *See* Class Action, ECF No. 105.

Accordingly, by July 12, 2013, the parties in *Ratinova v. Johnson et al*, Case No.: 11-CV-04792-LHK, as well as *Coppola v. Juniper Networks, Inc. et al*, Case No. 11-CV-06667-LHK, shall either file a Stipulation of Dismissal or a Joint Status Report in which the parties set forth good cause why the case shall not be dismissed.

**IT IS SO ORDERED.**

Dated: July 8, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-04792-LHK
Related Case No.: 11-CV-04003-LHK
Related Case No.: 11-CV-06667-LHK

ORDER SUGGESTING STIPULATION OF DISMISSAL OR REQUIRING JOINT STATUS REPORT IN CONSOLIDATED DERIVATIVE ACTIONS