NINA F. LOCKER, State Bar No. 123838
nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
jostler@wsgr.com
JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Kevin Johnson,
Scott Kriens, Pradeep Sindhu, Robert M. Calderoni,
Mary B. Cranston, Robyn M. Denholm,
John Michael Lawrie, Stratton Sclavos,
William R. Stensrud, William Meehan,
David Schlotterbeck, Mercedes Johnson,
and Nominal Defendant
Juniper Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 11-CV-4792-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Olga Ratinova and Lisa E. Coppola ("Plaintiffs"), and defendants Kevin Johnson, Scott Kriens, Pradeep Sindhu, Robert M. Calderoni, Mary B. Cranston, Robyn M. Denholm, John Michael Lawrie, Stratton Sclavos, William R. Stensrud, William Meehan, David Schlotterbeck, Mercedes Johnson, and Nominal Defendant Juniper Networks, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 27, 2011, plaintiff Olga Ratinova filed a Verified Shareholder Derivative Complaint titled *Ratinova v. Johnson et al*, Case No.: 11-CV-04792-LHK (the "Ratinova Action");

WHEREAS, on December 28, 2011, plaintiff Lisa E. Coppola, IRA, filed a Verified Shareholder Derivative Complaint titled *Coppola v. Juniper Networks, Inc. et al*, Case No. 11-CV-06667-LHK (the "Coppola Action");

WHEREAS, on January 30, 2012, the Court granted the parties' stipulation to consolidate the Ratinova Action and the Coppola Action under the caption *In re Juniper Networks, Inc. Shareholder Derivative Litigation,* Case No. 11-CV-04792-LHK, and appointed the law firms Levi & Korsinsky, LLP and the Law Offices of David A. Bain, LLC as co-lead counsel for Plaintiffs, and Bramson, Plutzik, Mahler & Birkhaeuser as liaison counsel for Plaintiffs;

WHEREAS, on February 6, 2012, the Court granted the parties' stipulation to stay proceedings in this action until an order was entered by the Court denying the motion to dismiss in the related class action, *City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.*, Case No. 11-CV-04003-LHK (the "Class Action");

WHEREAS, on July 23, 2012, the Court granted nominal defendant Juniper Networks, Inc. ("Juniper")'s Motion to Dismiss the First Amended Complaint in the Class Action without prejudice, and granted defendant Scott Kriens' Motion to Dismiss the First Amended Complaint in the Class Action without prejudice;

WHEREAS, on May 17, 2013, the Court granted Defendants' Motion to Dismiss the Second Amended Complaint in the Class Action with prejudice;

WHEREAS, on July 8, 2013, the Court ordered the parties to file, by July 12, 2013, either a Stipulation of Dismissal or a Joint Status Report setting forth good cause why the case should not be dismissed;

WHEREAS, the parties to this Stipulation believe that this action should be dismissed without prejudice; and

WHEREAS, Plaintiffs and Defendants agree that all parties will bear their own fees and costs incurred in connection with this litigation;

NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby agree and stipulate to the following:

(1) The above-captioned action shall be dismissed without prejudice; and

(2) Plaintiffs and Defendants will bear their own fees and costs.

SO STIPULATED.

Dated: July 12, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _s/ Joni Ostler_
     Joni Ostler

Nina F. Locker
Steven Guggenheim
Jessica L. Snorgrass
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Nominal Defendant Juniper Networks, Inc. and Defendants Kevin Johnson, Scott Kriens, Pradeep Sindhu, Robert M. Calderoni, Mary B. Cranston, Robyn M. Denholm, John Michael Lawrie, Stratton Sclavos, William R. Stensrud, William Meehan, David Schlotterbeck, and Mercedes Johnson*

Dated: July 12, 2013

LEVI & KORSINKY, LLP

By: _s/ Douglas E. Julie_
     Douglas E. Julie
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Olga Ratinova and Lisa E. Coppola, IRA*

| | |
|---|---|
| Dated: July 12, 2013 | LAW OFFICES OF DAVID A. BAIN, LLC |
| | By: s/ David A. Bain |
| | David A. Bain |
| | *Admitted Pro Hac Vice* |
| | *Attorneys for Plaintiff Lisa E. Coppola, IRA* |
| Dated: July 12, 2013 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER |
| | By: s/ Alan R. Plutzik |
| | Alan R. Plutzik |
| | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| | E-mail: aplutzik@bramsonplutzik.com |
| | *Attorneys for Plaintiffs Olga Ratinova and Lisa E. Coppola, IRA* |

## **[PROPOSED] ORDER**

Good cause appearing, it is hereby ORDERED:

(1) The above-captioned action shall be dismissed without prejudice; and

(2) Plaintiffs and Defendants will bear their own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

Dated: July 13, 2013

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh

| | |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | I, Joni Ostler, am the ECF User whose identification and password are being used to file |
| 3 | this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**. I hereby attest that |
| 4 | Douglas E. Julie, David A. Bain, and Alan R. Plutzik have concurred in this filing. |

Dated: July 12, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  s/ Joni Ostler
     Joni Ostler